

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| V. § | **CASE NO. 1:06-CR-2** |
| § | |
| **ERIC RYAN MARTIN** § | |

**MEMORANDUM ORDER
ADOPTING FINDINGS OF FACT AND RECOMMENDATION
ON DEFENDANT'S COMPETENCY TO STAND TRIAL**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration of the parties' motions for psychiatric examination of Defendant. Judge Giblin previously ordered that Defendant, Eric Ryan Martin, undergo a mental examination to determine his competency to stand trial pursuant to 18 U.S.C. § 4241. After conducting a hearing to address the examiner's findings, Judge Giblin filed his *Report and Recommendation on Defendant's Competency to Stand Trial* [Clerk's doc. #40]. Judge Giblin concluded that Mr. Martin is competent to stand trial under 18 U.S.C. § 4241.

The parties have not filed objections to Judge Giblin's report  The Court, therefore, concludes that the *Report and Recommendation on Defendant's Competency to Stand Trial* should be accepted. The Court **ORDERS** that the *Report and Recommendation on Defendant's*

*Competency to Stand Trial* [Clerk's doc. #40] of the United States Magistrate Judge is **ADOPTED.** The Court further **ORDERS** and **FINDS**, in accordance with the magistrate's recommendation and the examiner's report, that Defendant, Eric Ryan Martin, is competent to stand trial pursuant to Title 18, United States Code, Section 4241.

**SIGNED** this the 5 day of **July, 2006.**

Thad Heartfield
United States District Judge